UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA STEVEN ROGERS, | 24-CV-7889 (LTS) |
| Plaintiff, | |
| -against- | TRANSFER ORDER |
| GARDASIL, HPV Vaccine Maker, | |
| Defendant. | |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff filed this action *pro se*, regarding his alleged side effects from being vaccinated with the Human Papillomavirus ("HPV") vaccine. Multi-district litigation regarding alleged side effects from the HPV vaccine is pending in the Western District of North Carolina. *See In Re: Gardasil Products Liability Litigation*, No. 3:22-MD-03036 (KDB) (W.D.N.C.). Because Plaintiff's complaint appears to be related to the multi-district litigation pending in the Western District of North Carolina, the Court transfers this action to that court under 28 U.S.C. § 1404.

## CONCLUSION

The Clerk of Court is directed to transfer this action to the United States District Court for the Western District North Carolina. Whether Plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court. A summons shall not issue from this Court. This order closes the case in the Southern District of New York.

The Court certifies, pursuant to 28 U.S.C § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose

of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    October 25, 2024
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge